IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE TRACKING OF CELLULAR TELEPHONE (214) 284-5047, INCLUDING CELL SITE, TRIANGULATION, AND GPS | No. 17-SW-2099DPR<br><br>(UNDER SEAL) |

## **RETURN**

The tracking device was authorized on telephone number (214) 284-5047 on November 14, 2017. The tracking device was utilized during the period between NOVEMBER 14, 2017 and NOVEMBER 19, 2017.

I declare under the penalty of perjury that this return is correct and was returned to the designated judge.

_____
Brian J. Fox
Special Agent
ATF